UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD, | No. 2:15-cv-2588 DB P |
| Plaintiff, | |
| v. | ORDER |
| CA. HEALTH CARE FACILITY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action, has again requested appointment of counsel. In an order filed August 29, 2016, this court denied plaintiff's previous request for counsel because plaintiff failed to show exceptional circumstances justifying the appointment of counsel. (ECF No. 21.) Plaintiff's current request presents no new information that would change this court's prior ruling.

Accordingly, IT IS HEREBY ORDERED that plaintiff's August 29, 2016 motion for appointment of counsel (ECF No. 22) is denied.

Dated: September 1, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/ford2588.31(2)