UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HEALTH CARE FACILITY, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-2588 GEB DB P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 13, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. On December 21, 2016, plaintiff filed a document entitled "Objections." (ECF No. 36.) However, a review of that document shows that plaintiff is not objecting to the magistrate judge's findings and recommendations. Rather, petitioner seeks an extension of time to respond to discovery. On January 20, 2017, the magistrate judge granted that request. (ECF No. 38.)

////

1

1    The court has reviewed the file and finds the findings and recommendations to be
supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
ORDERED that:

    1.  The findings and recommendations filed December 13, 2016 (ECF No. 35) are adopted in full; and

    2.  Plaintiff's motions for injunctive relief (ECF Nos. 32, 34) are denied.

Dated:  January 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge