UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HEALTH CARE FACILITY, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-2588 GEB DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff alleges defendant Jahangiri violated plaintiff's Eighth Amendment rights when Jahangiri failed to take any protective measures after plaintiff threatened to commit suicide. Plaintiff seeks an extension of time to respond to defendant's discovery requests. Plaintiff states that he has been unable to obtain his legal property, which he requires to respond. Defendant opposes the extension of time or, if the extension is granted, requests an extension of the discovery cut-off date. Defendant also moves to compel plaintiff's responses to special interrogatories, set one, and to the requests for production of documents. Finally, plaintiff has filed a document in which he states he is objecting to the findings and recommendations, presumably those filed on December 13, 2016, and moves for summary judgment.

Good cause appearing, IT IS HEREBY ORDERED as follows:

///

1

1. Plaintiff's motion for an extension of time to respond to defendant's discovery requests (ECF No. 40) is granted.  Plaintiff shall respond to defendant's special interrogatories, set one, and requests for production of documents no later than February 28, 2017.

2. Defendant's motion to compel (ECF No. 41) is denied without prejudice.

3. Defendant's request for an extension of the discovery cut-off is granted.  The discovery cut-off set out in the November 21, 2016 order (ECF No. 27) is continued to April 14, 2017.  See Fed. R. Civ. P. 16(b).

4. The December 13, 2016 findings and recommendations (ECF No. 35) advised plaintiff that any objections were due within fourteen days.  Therefore, plaintiff's motion to object to the findings and recommendations (ECF No. 43) is denied as untimely.

5. Plaintiff's motion for summary judgment (ECF No. 43) is simply a one-paragraph statement that plaintiff is entitled to relief on his claim.  Plaintiff is advised that any motion for summary judgment must comply with Local Rule 260(a) which states: "Each motion for summary judgment or summary adjudication shall be accompanied by a 'Statement of Undisputed Facts' that shall enumerate discretely each of the specific material facts relied upon in support of the motion and cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon to establish that fact. The moving party shall be responsible for the filing of all evidentiary documents cited in the moving papers.  See L.R. 133(j)."  Because plaintiff has provided no Statement of Undisputed Facts and no evidence to support his claims, plaintiff's motion for summary judgment (ECF No. 43) is denied without prejudice.

Dated:  February 8, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/Ford2588.disc eot2