UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HEALTH CARE FACILITY, et al.,<br><br>Defendants. | No. 2:15-cv-2588 GEB DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff alleges defendant Jahangiri violated plaintiff's Eighth Amendment rights when Jahangiri failed to take any protective measures after plaintiff threatened to commit suicide. Before the court are three motions filed by plaintiff. For the reasons set forth below, the court finds plaintiff's motions do not have merit and will be denied.

First, plaintiff moves for a "settlement." (ECF No. 55.) It appears that plaintiff is offering to settle the case for one million dollars, half of what he seeks. Plaintiff is advised that the court will schedule a settlement conference at a later date if it finds one would be helpful. At this point in these proceedings, this court does not find a settlement conference warranted.

Second, plaintiff moves to "dismiss defendant's case" based on defendant's failure to file a timely motion for summary judgment. (ECF No. 56.) However, the deadline for filing motions

for summary judgment has not passed.  On May 9, 2017, the court granted defendant's motion to modify the scheduling order.  (ECF No. 50.)  The deadline for filing motions for summary judgment was continued to July 3, 2017.  In addition, plaintiff is advised that defendant is not required to move for summary judgment.  If he chooses not to do so, this case will proceed to trial.

Third, plaintiff requests an extension of time to file a response to defendant's motion for summary judgment.  (ECF No. 57.)  However, plaintiff does not have a due date for any response because defendant has not filed a motion for summary judgment in this case.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for settlement (ECF No. 55) is denied;
2. Plaintiff's motion to dismiss (ECF No. 56) is denied; and
3. Plaintiff's motion for an extension of time (ECF No. 57) is denied as unnecessary.

Dated:  June 20, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/ford2588.36opp