UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAHANGIRI,<br><br>　　　　Defendant. | No. 2:15-cv-2588 GEB DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges defendant Jahangiri violated plaintiff's Eighth Amendment rights when Jahangiri failed to take any protective measures after plaintiff threatened to commit suicide.

In a document filed on September 21, 2017 and entitled "Motion for leave to Amend Petition and Proposed Amended Petition," plaintiff appears to be seeking assistance in obtaining documents he requested from the California Health Care Facility and seeking issuance of a subpoena for "Officer Lattimore," who plaintiff contends is a "very valuable witness." (ECF No. 74.) To the extent plaintiff is seeking help with discovery, the deadline for filing motions regarding discovery was April 14, 2017. (See Feb. 9, 2017 Order (ECF No. 44).) Therefore, that motion comes too late. To the extent plaintiff is seeking evidence to present at trial, his request is premature. Currently pending before the court is defendant's summary judgment

1

motion. (ECF No. 61.) On August 17, 2017, plaintiff filed an opposition to that motion. (ECF No. 68.) If that motion is denied, then plaintiff will be informed about procedures for procuring witnesses and preparing for trial. Until that point, any motions for subpoenas are premature and will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion regarding discovery and a subpoena (ECF No. 74) is denied.

Dated: November 6, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/ford2588.dis mot