UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD,<br><br>    Plaintiff,<br><br>    v.<br><br>JAHANGIRI,<br><br>    Defendant. | No. 2:15-cv-2588 GEB DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action, has requested appointment of counsel and a jury trial. Plaintiff's prior requests for the appointment of counsel have been denied. (See Sept. 1, 2016 Order (ECF No. 23); Aug. 29, 2017 Order (ECF No. 73); Jan. 12, 2018 Findings and Recos. (ECF No. 79).) In addition, the court found plaintiff's prior request for a jury trial to be moot. (See ECF No. 79.) For the reasons stated previously, IT IS HEREBY ORDERED that plaintiff's motion for a jury trial and for the appointment of counsel (ECF No. 80) is denied.

Dated: January 24, 2018

                                                    DEBORAH BARNES
                                                    UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/Ford2588.31(5)