1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DARREN VINCENT FORD,                     No.  2:15-cv-2588 GEB DB P

12                 Plaintiff,

13        v.                                  ORDER

14   JAHANGIRI,

15                 Defendant.

16

17          Based on plaintiff's notice that he is withdrawing his motion to alter or amend the

18   judgment (ECF No. 93), this court hereby VACATES the findings and recommendations issued

19   March 27, 2018 (ECF No. 92).

20          IT IS SO ORDERED.

21   DATED:  April 27, 2018

22

23

24                                           /s/  DEBORAH BARNES
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27   DLB:9
     DB/prisoner-civil rights/ford2588.fr vac
28

                                              1